# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALBERT CHAMBERS,

    Defendant.

Case No. 2:11-CR-00456-KJD-CWH

**ORDER**

    Before the Court for consideration is the Report and Recommendation (#32) of Magistrate Judge Carl W. Hoffman entered November 21, 2012, recommending that Defendant's Motion to Dismiss for Outrageous Government Conduct or Alternatively, Motion to Suppress (#18) be denied. Objections (#36) to the Magistrate Judge's Report and Recommendation were filed by Defendant ALBERT CHAMBERS pursuant to Local Rule IB 3-2 of the Local Rules of Practice of the United States District Court of the District of Nevada. The Government filed a response in opposition (#39) to the objections.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#32) of the United States Magistrate Judge entered November 21, 2012, should be **ADOPTED** and

1 | **AFFIRMED**. The Magistrate Judge conducted the correct analysis at each stage of the incident that occurred on July 16, 2011.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#32) entered November 21, 2012, are **ADOPTED** and **AFFIRMED**, and Defendant's Motion to Dismiss for Outrageous Government Conduct or Alternatively, Motion to Suppress (#18) is **DENIED**.

DATED this 29th day of April 2013.

_____
Kent J. Dawson
United States District Judge