# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) 2:11-CR-456-KJD-(CWH) |
| ALBERT CHAMBERS, | ) |
| Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in the property listed in the Preliminary Order of Forfeiture (ECF No. 59) and the Final Order of Forfeiture as to Defendant Albert Chambers (ECF No. 63).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property listed in the Preliminary Order of Forfeiture (ECF No. 59) and the Final Order of Forfeiture as to Defendant Albert Chambers (ECF No. 63) will not revert back to the defendant and/or any person(s) acting in concert with him and/or on his behalf.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 7, 2014